UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **13-60211**

18 U.S.C.  § 1425(b)
18 U.S.C.  § 1015(a)
18 U.S.C.  § 1546(a)

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA

vs.

ESTHER GUADALUPE JUAREZ URESTI,

**Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
18 U.S.C. § 1425(b)

On or about May 24, 2011, in Broward County, in the Southern District of Florida, the

defendant,

### ESTHER GUADALUPE JUAREZ URESTI,

did knowingly apply for, and attempt to procure and obtain, naturalization, citizenship, and

evidence of naturalization and citizenship for herself, to which she was not entitled, in violation

of Title 18, United States Code, Section 1425(b).

### COUNT TWO
18 U.S.C. § 1015(a)

On or about May 24, 2011, in Broward County, in the Southern District of Florida, the

defendant,

**ESTHER GUADALUPE JUAREZ URESTI,**

did knowingly make a false statement under oath, in a case, proceeding, and matter relating to, under, and by virtue of any law of the United States relating to naturalization and citizenship, in that the defendant represented to an officer of the United States Citizenship and Immigration Services during an interview on her Application for Naturalization (Form N-400) that she was a Cuban national, when in truth and in fact, and as the defendant then and there well knew, she was not a Cuban national, in violation of Title 18, United States Code, Section 1015(a).

**COUNT THREE**
18 U.S.C. § 1546(a)

On or about May 24, 2011, in Broward County, in the Southern District of Florida, the defendant,

**ESTHER GUADALUPE JUAREZ URESTI,**

did knowingly possess, use, and attempt to use, a document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, that is, an alien registration receipt card (Form I-551), knowing it to have been procured by means of a false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

**COUNT FOUR**
18 U.S.C. § 1546(a)

On or about January 24, 2009, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ESTHER GUADALUPE JUAREZ URESTI,**

did knowingly possess, use, and attempt to use, a document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, that is, an

alien registration receipt card (Form I-551), knowing it to have been procured by means of a false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL

FOREPERSON

WILFREDO A. FERRER
UNITED STATES ATTORNEY

ROBERT T. WATSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

vs.

**ESTHER GUADALUPE JUAREZ URESTI,**

**Defendant.**
_____/

**CASE NO.** _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami    ___ Key West
_X_ FTL      ___ WPB      ___ FTP

New Defendant(s)          Yes _____ No ___
Number of New Defendants  _____
Total number of counts    _____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)     Yes
    List language and/or dialect     Spanish

4.  This case will take     _2_     days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                          (Check only one)

    I    0 to 5 days      _x_          Petty       _____
    II   6 to 10 days     _____       Minor       _____
    III  11 to 20 days    _____       Misdem.     _____
    IV   21 to 60 days    _____       Felony      _x_
    V    61 days and over _____

6.  Has this case been previously filed in this District Court? (Yes or No)   No
    If yes:
    Judge: _____     Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     (Yes or No)   No
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____     District of _____

    Is this a potential death penalty case? (Yes or No)   No

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   _x_ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____ Yes   _x_ No

_____
ROBERT T. WATSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 679429

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   ESTHER GUADALUPE JUAREZ URESTI**

**Case No:**

Count #:1

Procurement of Citizenship or Naturalization Unlawfully

Title 18, United States Code, Section 1425(b)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 2

False Statement Related to Naturalization

Title 18, United States Code, Section 1015(a)

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 3-4

Fraud and Misuse of Visas, Permits, and Other Documents

Title 18, United States Code, Section 1546(a)

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**